**Order entered October 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00747-CR

**STEWART CARTER HURST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32486CR**

## ORDER

The reporter's record was due July 21, 2019. When it was not filed, we notified court reporter Julie Vrooman by postcard dated July 24, 2019 and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record by August 23, 2019. No response was filed.

On September 10, 2019, we ordered the complete reporter's record filed by October 4, 2019. We cautioned Ms. Vrooman that the failure to file the reporter's record by that date might result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which might include ordering that she not sit until the complete reporter's record is filed. To date, no reporter's record has been filed, and we have had no communication from Ms. Vrooman.

We **ORDER** that court reporter Julie C. Vroom **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office and to counsel for all parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE